IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGES SAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25-cv-169 |
| v. | ) | |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENTRY OF
OFFER OF JUDGMENT PURSUANT TO FRCP 68**

NOW COMES Defendant, WALMART INC., by and through its attorneys, James P. Balog and Natalya K. Miralaeff of Johnson & Bell, Ltd., and for its Motion for Entry of Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. In support of its Motion, Defendant states as follows:

1. On April 2, 2025, Defendant served the Plaintiff with its Offer of Judgment via electronic mail, a copy of which is attached and made a part of this motion. (*See* Defendant Walmart Inc.'s Offer of Judgment, attached hereto as Exhibit A).

2. On April 11, 2025, Plaintiff timely accepted Defendant's Offer of Judgment within the fourteen-day period pursuant to Federal Rule of Civil Procedure 68(a). (*See* Plaintiff's Acceptance of Defendant's Offer of Judgment via electronic correspondence, attached hereto as Exhibit B).

3. In accordance with Fed R. Civ. P. 68, if the Offer of Judgment is accepted in writing within fourteen days of service, the Clerk must enter judgment on the terms set forth in the offer.

1

WHEREFORE, Defendant WALMART INC. requests the Court direct the Clerk to enter judgment in favor of Plaintiff and against Defendant in accordance with the terms of the accepted Offer of Judgment and all other relief the Court deems just.

Dated: April 21, 2025

                                                            Respectfully submitted,

                                                            WALMART INC.

                                      By:    */s/ Natalya K. Miralaeff*
                                                       One of the Attorneys for Defendant,
                                                        WALMART INC.

James P. Balog, Esq. (#6185185)
Natalya K. Miralaeff, Esq. (#6347648)
JOHNSON & BELL, LTD
33 W. Monroe Street, Suite 2700
Chicago, IL 60603
Tel: 312-984-0282
balogb@jbltd.com
miralaeffn@jbltd.com

 **Outlook**

## Offer of Judgment - Anges Sam v. Walmart Inc. - 25-cv-169

**From** Annel Hilgen <hilgena@jbltd.com>
**Date** Wed 4/2/2025 3:59 PM
**To** Daniel Breen <danbreen@breenlawchicago.com>; Monique Brumeux <mbrumeux@breenlawchicago.com>
**Cc** James P. Balog <balogj@jbltd.com>; Natalya K. Miralaeff <miralaeffn@jbltd.com>

📎 1 attachment (220 KB)
Anges Offer of Judgment SAM 2025.04.02.pdf;

Dear Counsel:

Attached please find Defendant's Offer of Judgment regarding to the above-referenced matter.

If you have any questions, please let me know.

Thank you,

Annel Hilgen
Legal Assistant
Johnson & Bell, Ltd.
hilgena@jbltd.com
312-849-2579


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGES SAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 25-cv-169 |
| v. | ) |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

**OFFER OF JUDGMENT**

NOW COMES Defendant, WALMART INC., by its attorneys, James P. Balog and Natalya K. Miralaeff of Johnson & Bell, Ltd., and makes the following offer of judgment to Plaintiff, ANGES SAM, pursuant to Federal Rule of Civil Procedure Rule 68.

1. Defendant, WALMART INC. offers to allow judgment be entered against it in favor of Plaintiff, ANGES SAM, in this cause of action, in the total amount of TWENTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($25,000.00), in return for termination of this litigation including right to appeal, against all named and unnamed defendants. This Offer of Judgment is contingent on the Plaintiff's cause of action being dismissed with prejudice in its entirety and Plaintiff signing a complete Release of All Claims as to WALMART INC., any and all of its past and present insurers, and any and all of its attorneys, claims administrators, divisions, parents, subsidiaries, affiliates, lessors, lessees, successors, predecessors and assigns, together with their respective officers, shareholders, directors, owners, managers, employees, agents, and principals. Further, pursuant to Federal Rule of Civil Procedure 68, this Offer of Judgment shall remain open for acceptance only within the time prescribed by Federal Rule of Civil Procedure 68 (fourteen (14) days from the date the offer is served), and at the expiration of that time frame, this offer of judgment is considered withdrawn without further notice.

2.	This offer of judgment is made for the purposes specified in Rule 68 and for the purpose of creating a settlement and is not to be construed either as an admission that Defendant committed any of the acts alleged or complained of by Plaintiff, or that Plaintiff has suffered any damage.

3.	Pursuant to Federal Rule of Civil Procedure 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

Dated: April 2, 2025

              Respectfully submitted,

              WALMART INC.

           By: */s/ Natalya K. Miralaeff*
              One of the Attorneys for Defendant,
              WALMART INC.

James P. Balog, Esq. (#6185185)
Natalya K. Miralaeff, Esq. (#6347648)
JOHNSON & BELL, LTD
33 W. Monroe Street, Suite 2700
Chicago, IL 60603
Tel: 312-984-0282
balogb@jbltd.com
miralaeffn@jbltd.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the foregoing **Defendant's Offer of Judgment** be served by electronic mail on April 2, 2025, upon the following attorneys of record:

> Daniel Breen, Esq.
> Breen Goril Law
> 111 W. Washington St., Ste 1500
> Chicago, IL 60602
> danbreen@breenlawchicago.com
> mbrumeux@breenlawchicago.com

Dated: April 2, 2025

> /s/ Natalya K. Miralaeff
> Natalya K. Miralaeff

**Outlook**

### Re: Offer of Judgment - Anges Sam v. Walmart Inc. - 25-cv-169

| | |
|---|---|
| From | Daniel Breen <danbreen@breenlawchicago.com> |
| Date | Fri 4/11/2025 4:19 PM |
| To | Annel Hilgen <hilgena@jbltd.com> |
| Cc | Monique Brumeux <mbrumeux@breenlawchicago.com>; James P. Balog <balogj@jbltd.com>; Natalya K. Miralaeff <miralaeffn@jbltd.com> |

**My client has authorized and instructed me to accept the $25,000 offer of judgment, and this correspondence shall serve to operate as said acceptance.**

**Please send over a release at your convenience.**

**Have a nice weekend.**

-Dan Breen

**Breen Goril Law**
www.breengoril.com
Dan Breen Bio
111 W. Washington St., Suite 1500
Chicago, IL 60602
312.726.8222
danbreen@breenlawchicago.com
Facebook - LinkedIn - X

On Wed, Apr 2, 2025 at 3:58 PM Annel Hilgen <hilgena@jbltd.com> wrote:

> Dear Counsel:
>
> Attached please find Defendant's Offer of Judgment regarding to the above-referenced matter.
>
> If you have any questions, please let me know.
>
> Thank you,
>
> Annel Hilgen

**EXHIBIT B**

Legal Assistant

Johnson & Bell, Ltd.

hilgena@jbltd.com

312-849-2579

Annel Hilgen, Legal Assistant



33 West Monroe Street, Suite 2700

Chicago, Illinois 60603-5404

T: (312) 372-0770 | F: (312) 372-9818

hilgena@jbltd.com | www.johnsonandbell.com

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.